# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| PAMELA LYNN AND WILSON LYNN, JR., <br> *Plaintiffs*, <br><br> v. <br><br> KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, INC., SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, INC. (ALTOGETHER "KAISER"), THE OFFICE OF INDEPENDENT ADMINISTRATOR ("OIA"), DR. MARC DAVISON, DR. JULIO VAQUERANO, DR. GAVIN JONAS, DR. ANDREW GIAP, DR. LUCIO LOZA, DR. ROBERTO LIMGENCO BARRETO, DR. ALBERT SUNG-UNJIN, DR. XAVIOUR JAMES WALKER, DR. SRILAKSHMI MOTURU (ALTOGETHER "MEDICAL DOCTORS"), DR. ANDREW BINDMAN ("KAISER MEDICAL DOCTOR EXECUTIVE), GREG ADAMS, JANET LIANG (ALTOGETHER "KAISER NON-MEDICAL DOCTOR EXECUTIVES"), JAMS ADR, KIRK NAKAMURA, MIRRA JHANG (ALTOGETHER JAMS ADR), LA FOLLETTE, JOHNSON, DEHAAS, FESLER & AMES, BRIAN MEADOWS, MYRA FIRTH, MITZI THOMAS (ALTOGETHER "KAISER LEGAL REPRESENTATION"), STATE OF CALIFORNIA, COUNTY OF ORANGE, AETNA LIFE INSURANCE COMPANY, DOES 1-100, <br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:25-cv-02465 |

## AFFIDAVIT OF BRIAN MEADOWS

**State of California**           §
                                  §
**County of Orange**              §

Before me, the undersigned authority, on this day personally appeared Brian Meadows, known to me to be the person whose name is subscribed to the following instrument and who, after being duly sworn, stated as follows:

1. "My name is Brian Meadows.

2. I am over the age of twenty-one, of sound mind and memory, and am otherwise fully competent to make this affidavit. The facts stated in this affidavit are based upon my personal knowledge and they are true and correct.

3. I am a resident of the State of California. I am not and have never been a citizen or resident of the State of Texas.

4. I am an authorized representative of La Follette, Johnson, DeHaas, Fesler & Ames, P.C. (the "La Follette Firm"), where my title is Shareholder and Secretary. The La Follette Firm is a professional corporation duly organized and existing under the laws of the State of California. The La Follette Firm has offices in Glendale, California; Sacramento, California; Santa Ana, California; Riverside, California; and San Diego, California. The La Follette Firm has no offices in any other state, including Texas.

5. Myra Firth is a principal of the La Follette Firm and a resident of California. Mitzi Thomas is a legal secretary of the La Follette Firm and a resident of California. Neither Ms. Firth nor Ms. Thomas are or have ever been residents of the State of Texas.

6. All the attorneys that work for the La Follette Firm are licensed to practice in the State of California. None of the attorneys that work for the La Follette Firm are licensed to practice in the State of Texas.

7.	The La Follette Firm is not a citizen or resident of Texas. It is not incorporated and does not maintain a principal place of business in Texas and is not required to and does not maintain a registered agent for service of process in Texas.

8.	I have read Plaintiffs' Original Complaint filed in the above-styled lawsuit. The claims against the Law Follette Firm, myself, Ms. Firth, and Ms. Thomas (the "La Follette Defendants") described in Plaintiffs' Original Complaint do not arise from and are not related to any activity conducted by any of the La Follette Defendants within the State of Texas. The La Follette Defendants do not have any contacts with the State of Texas from which Plaintiffs' claims against them arose. None of the alleged events, as they pertain to the La Follette Defendants, occurred in the State of Texas.

Further affiant sayeth not."

Signed this  28th  day of August 2025.

Signature of Affiant

Name of Affiant

Brian M. Meadows, Esq.

**SUBSCRIBED AND SWORN TO BEFORE ME** on this the 28th day of August, 2025, to certify which witness my hand and seal of office.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

_____
Notary Public in and for
the State of California

M. S. VAKHARIA
COMM. #2437187
Notary Public · California
Orange County
My Comm. Expires Feb. 4, 2027