UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAMELA LYNN, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:25-CV-2465 |
| JAMS ADR, *et al.*, | § § § | |
| *Defendants*. | § | |

## FINAL JUDGMENT

This Court granted Defendants La Follette, Johnson, Dehaas, Fesler & Ames, Brian Meadows, Myra Firth, and Mitzi Thomas's Motion to Dismiss (Doc. No. 39), Defendants JAMS, Inc., Kirk Nakamura, and Mirra Jhang's Motion to Dismiss (Doc. No. 44), Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Southern California Permanente Medical Group's Motion to Dismiss (Doc. No. 45), and Defendant Office of the Independent Administrator's Motion to Dismiss (Doc. No. 46). For the reasons set forth in the Court's Order granting the Motions to Dismiss, the above-styled case is **DISMISSED** without prejudice.

This is a **FINAL JUDGMENT**.

Signed on this 25th day of February 2026.

Andrew S. Hanen
United States District Judge